UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Honorable Michael A. Hammer, U.S.D.J. |
| Plaintiff, | ) Mag. No 18-4099 |
| v. | ) |
| JOSEPH CAPO et al., | ) **ORDER TO BE** |
| | ) **RELIEVED AS COUNSEL** |
| Defendant. | ) |

THIS MATTER having been opened to the Court upon the a Notice of Motion to be relieved as counsel for Defendant, Joseph Capo and Sammi Maleki, Assistant United States Attorney, appearing on behalf of the United States of America, and the Court having considered the Certification of Counsel;

IT IS on this 20th day of August, 2018,

ORDERED that the Motion To Be Relieved As Counsel For Defendant, Joseph Capo is hereby GRANTED.

HON. MICHAEL A. HAMMER, U.S.M.J.